UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3098 ODW(RZx) | Date | August 4, 2010 |
|---|---|---|---|
| Title | Consumer Credit Counseling of Ventura County v. American Credit Counselors, Inc. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**    Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [61] filed August 3, 2010. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 13, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial, Motions In Limine Hearing, Pretrial Conference and all related pretrial filing deadlines are hereby VACATED.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |